IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CRIMINAL ACTION 01-00029-KD-M** |
| ) | |
| **RICKY LEE MASON** ) | |

### ORDER

This matter is before the Court on defendant, Ricky Lee Mason's "Motion for Early Release from Probation" (doc. 96), filed December 15, 2008. [1] Defendant moves for early termination of his probation based, in part, on "his full cooperation and good behavior since his incarceration."

The Probation Office for the United States District Court of the Northern District of Alabama has reported to the Court that on October 29, 2008, the defendant violated his conditions of release by associating with a convicted felon. According to the probation officer, Mr. Mason has admitted this contact. Based on this incident, the probation office does not recommend early termination of defendant's supervised release at this time. Accordingly, defendant's motion is DENIED.

**DONE** and **ORDERED** this the 16th day of December 2008.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Defendant's four (4) year term of supervised release commenced on August 1, 2007.